[No. 10090-1-III. Division Three. July 12, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RHONDA BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00021-3, Evan E. Sperline, J., entered June 2, 1989. *Remanded* by unpublished opinion per McInturff, J. Pro Tem., concurred in by Green, A.C.J., and Thompson, J.

[No. 23226-6-I. Division One. July 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD ALLAN HOLMQUIST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03917-4, Peter K. Steere, J., entered November 16, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Baker, JJ.

[No. 23009-3-I. Division One. July 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY JOHNATHAN MERCER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00268-4, Byron L. Swedberg, J., entered October 6, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Swanson, J.